IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KEITH A. LEE          )
                      )
        Plaintff,     )
                      )
v.                    )     Civil Action No.: CCB-98-399
                      )
GARY CLINE, et al.    )
                      )
        Defendants.   )
_____)

## JOINT STIPULATION

The parties hereto, through undersigned counsel, hereby stipulate that the time Plaintiff has to respond to Defendant's Motion For Summary Judgment is extended to April 14, 2000.


_March 31, 2000_
DATED

DANIEL Q. MAHONE
235 West Patrick Street
Frederick, Maryland 21701
(301) 846-4252

Attorney for Plaintiff


_March 31, 2000_
DATED

KEVIN KARPINSKI
Allen, Johnson, Alexander & Karp
100 East Pratt Street, Ste. 1540
Baltimore, Maryland 21202
(410) 727-5000

Attorney for Defendants

Approved

_____4/3/2000_____                    _____
DATED                                      UNITED STATES DISTRICT COURT JUDGE