IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| KEITH A. LEE | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. CCB-98-399 |
| GARY CLINE, et al. | * | |
| Defendants | * | |

* * * * * * * * * * * * * *

**JOINT STIPULATION TO EXTEND TIME**

By stipulation of the parties, Defendants shall have until May 8, 2000 to file their Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

|  |  |
|---|---|
|  | ALLEN, JOHNSON, ALEXANDER & KARP |
| _____ | BY: _____ |
| DANIEL MAHONE | KEVIN KARPINSKI |
| 235 West Patrick Street | 100 E. Pratt Street |
| Frederick, Maryland 21701 | Suite 1540 |
| (301)-846-4252 | Baltimore, Maryland 21202 |
| Attorney for Plaintiff | (410)727-5000 |
|  | Attorneys for Defendants |

Approved.
/s/ USDJ 5-2-00