IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| KEITH A. LEE | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. CCB-98-399 |
| GARY CLINE, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendants' Request for Extension of Time and Plaintiff's consent thereof, it is this 9th day of May, 2000, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendants shall have to and including May 22, 2000, to file their Reply Brief.

_____
JUDGE