```
                                                    ____FILED      ____ENTERED
                                                    ____LODGED     ____RECEIVED
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DEC 2 1 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| KEITH LEE | : | |
| v. | : | CIVIL ACTION NO. CCB-98-399 |
| GARY CLINE, ET AL. | : | |

## ORDER

On November 16, 2000 the Honorable Catherine C. Blake granted summary judgment in favor of defendants and against plaintiff. (*See* Paper Nos. 51 and 52). Defendants then submitted a timely Bill of Costs pursuant to Fed. R. Civ. P. 54(d)(1) and 28 U.S.C. § 1920, seeking $1,393.20 for recovery of the civil filing fee[1] and taxation of court reporter fees associated with the taking of deposition transcripts used in connection with their successful summary judgment motion. (*See* Paper No. 54). The fees are recoverable, although the costs of delivery, handling and signing associated with the deposition transcripts (amounting to $45.50), which are considered general office overhead, will be deducted from the total award. There being no opposition, costs shall be awarded to defendants in the amount of $1,497.70 without notice or hearing. *See* Local Rule 109.1.c. (D.Md.). The Clerk of Court shall docket and mail copies of this Order to counsel.

Dated this 21st day of December, 2000.

/s/ Felicia Cannon
Felicia Cannon
Clerk of Court

---

[1] The action was removed from state to federal court by defendants.

