IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KEITH LEE, | : | |
| Plaintiff | : | |
| vs. | : | Civil Action No. CCB-98-399 |
| GARY CLINE, et al., | : | |
| Defendants | : | |

oOo

**ORDER**

On November 16, 2000 the Honorable Catherine C. Blake granted summary judgment in favor of defendants and against plaintiff. Defendants submitted a timely bill of costs seeking a total of $1,543.20 for the costs of the filing fee paid when they removed this action from state court and the costs of depositions. On December 21, 2000, an Order was entered granting Defendants $1,497.70 in costs. Although Plaintiff filed a timely opposition to the bill of costs, because of a delay in placing it in the court file, it was not considered when the award of costs was made. The opposition will be treated as a motion for reconsideration and granted in part.

Accordingly, it is, this 28 day of December 20 00, hereby **ORDERED** that:

1.  The Order of December 21, 2000, taxing costs is hereby **Stricken**; and

2.  Copies of this Order shall be sent to all Counsel of Record.

Felicia C. Cannon
Clerk

