IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KEITH LEE,                              :

    Plaintiff                       :

       vs.                       :    Civil Action No. CCB-98-399

GARY CLINE, et al.,                     :

    Defendants                      :

o0o

## ORDER

Defendants' Bill of Costs and Plaintiff's Opposition have been reviewed. While

Defendants were granted summary judgment on Plaintiff's federal constitutional claims, there

has not been an adjudication on the merits of Plaintiff's state law claims. As it is not possible to

apportion the costs sought between the federal and state claims, the most equitable solution is for

the parties to bear their own costs. *See Baggs v. City of South Pasadena*, 958 F. Supp. 586 (M.D.

Fla. 1997).

Accordingly, it is, this 2ᵈ day of January 2001, hereby **ORDERED**

that:

1.    Defendants' Bill of Costs is **Denied**; and

2.    The Clerk is directed to mail copies of this Order to all Counsel of Record.

_____
Catherine C. Blake
United States District Judge