IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KEITH LEE | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION NO. CCB-98-399 |
| GARY CLINE, et al. | * | |
| Defendant | * | |

## LINE SUBSTITUTING COUNSEL

The Court will please strike the appearance of Anne-Herbert Rollins, Esq., who is no longer employed by The City of Frederick, and enter the appearance of Debra S. Borden, Esq., as counsel for the Frederick Police Department.

Anne-Herbert Rollins
Miles & Stockbridge
30 West Patrick Street
Frederick, MD 21701
(301) 662-5155

Debra S. Borden
The City of Frederick
101 North Court Street
Frederick, MD 21701
(301) 360-3882

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 5th day of January, 2001, to Daniel Q. Mahone, Esq., 235 West Patrick Street, Frederick, MD 21701, Attorney for Plaintiff, and to Daniel Karp, Esq., 100 E. Pratt Street, Ste. 1540, Baltimore, MD 21202.

Debra S. Borden