IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| KEITH A. LEE | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. CCB-98-399 |
| GARY CLINE, et al. | * | |
| Defendants | * | |

* * * * * * * * * * * * * *

## LINE

Gary Cline, Board of County Commissioners for Frederick County and Sheriff James Hagy, Defendants, by ALLEN, KARPINSKI, BRYANT & KARP and KEVIN KARPINSKI, their attorneys, respectfully file this Line withdrawing their Motion to file a renewed bill of costs

BY: _____
ALLEN, KARPINSKI, BRYANT
& KARP

KEVIN KARPINSKI
100 E. Pratt Street
Suite 1540
Baltimore, Maryland 21202
(410)727-5000
Attorneys for Defendants

____ FILED  ____ ENTERED
____ LODGED ____ RECEIVED

FEB 8 2002

"_____" THIS ___
DAY OF _____, 2002

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of February, 2002, a copy of Defendants' Line was mailed, first class, postage prepaid, to:

Daniel Q. Mahone, Esquire
235 West Patrick Street
Frederick, Maryland 21701
Attorney for Plaintiff

_____
Of Counsel for Defendants